Matter of B.M. v Administration for Children's Servs.-N.Y. (2025 NY Slip Op 06547)

Matter of B.M. v Administration for Children's Servs.-N.Y.

2025 NY Slip Op 06547

Decided on November 25, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 25, 2025

Before: Webber, J.P., Kennedy, González, Higgitt, Michael, JJ. 

Docket No. V-00510/23|Appeal No. 5230|Case No. 2024-04015|

[*1]In the Matter of B.M., Appellant,
v
Administration for Children's Services-New York, et al., Respondents.

Deborah D. Clegg, Croton Falls, for appellant.
John R. Eyerman, New York, for Seamans Society for Children and Families, respondent.
Karen Freedman, Lawyers for Children, Inc., New York (Shirim Nothenberg of counsel), attorney for the child.

Appeal from order, Family Court, New York County (Betsey Jean-Jacques, J.), entered on or about June 3, 2024, which dismissed appellant's petition for custody of the subject child, unanimously dismissed, without costs, as academic.
The appeal from the order dismissing appellant's petition for custody of the child is academic in light of the fact that the child has been adopted by the child's foster mother (see Matter of Axel W. [Jacqueline S.], 233 AD3d 501, 501 [1st Dept 2024]; Matter of Sandra M. v Che M., 204 AD3d 491, 491 [1st Dept 2022]; Matter of Carmen P. v Administration for Children's Servs., 149 AD3d 577, 577 [1st Dept 2017]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 25, 2025